United States District Court
Eastern District of California

VICTORIA MILLER,

Plaintiff(s)

V.

GINNY'S INC.

Defendant(s)

Case Number: 2:26-cv-01596 DAD JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Zachary S. Foster hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant, Ginny's Inc.

On 09/29/2014 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/31/2026 Signature of Applicant: /s/ Zachary S. Foster

**Pro Hac Vice Attorney**

Applicant's Name: Zachary S. Foster

Law Firm Name: Quarles & Brady LLP

Address: 101 E. Kennedy Blvd.

Suite 3400

City: Tampa State: FL Zip: 33602

Phone Number w/Area Code: 813-387-0300

City and State of Residence: Tampa, Florida

Primary E-mail Address: zachary.foster@quarles.com

Secondary E-mail Address: kenneth.carpenter@quarles.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matt Burris

Law Firm Name: Quarles & Brady LLP

Address: 101 W. Broadway

Suite 1500

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: 619-243-0892 Bar # 325569

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 31, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT